1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              )    2:17-CR-227-KJD-(NJK)
                                          )
9                    Plaintiff,           )
                                          )
10        v.                              )    Amended Preliminary Order of Forfeiture
                                          )
11  JORDAN RAESHAUN CAMBRIDGE,            )
                                          )
12                   Defendant.           )

13        This Court finds that defendant Jordan Raeshaun Cambridge pled guilty to Count One of

14  a One-Count Criminal Information charging him with Conspiracy to Distribute a Controlled

15  Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Criminal

16  Information, ECF No. 24; Plea Agreement, ECF No. 26; Arraignment and Plea, ECF No. 27.

17        This Court finds defendant Jordan Raeshaun Cambridge agreed to the forfeiture of the

18  property set forth in the Plea Agreement. Plea Agreement, ECF No. 26, Arraignment and Plea,

19  ECF No. 27.

20        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

21  America has shown the requisite nexus between property set forth in the Plea Agreement and the

22  offense to which defendant Jordan Raeshaun Cambridge pled guilty.

23        The following property is (1) any firearm or ammunition involved in or used in any

24  knowing violation of any other criminal law of the United States, Title 21, United States Code,

25  Sections 841(a)(1) and 846 and (2) any firearm or ammunition intended to be used in any offense

26  punishable under the Controlled Substance Act, Title 21, United States Code, Sections 841(a)(1)

and 846, and is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c):

    1.  a Rossi .38 caliber revolver, bearing serial number HS922426;

    2.  a Raikal semi-automatic .380 handgun, with an obliterated serial number; and

    3.  any and all ammunition

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Jordan Raeshaun Cambridge in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code,

Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 16th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE