**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-227-KJD-(NJK) |
| Plaintiff, | ) | |
| v. | ) | Order |
| JORDAN RAESHAUN CAMBRIDGE, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

1. a Rossi .38 caliber revolver, bearing serial number HS922426;
2. a Raikal semi-automatic .380 handgun, with an obliterated serial number; and
3. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Amended Preliminary Order of Forfeiture (ECF No. 30) entered in this case is null and void;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf.

_____
UNITED STATES DISTRICT JUDGE

DATED: 12/21/2017