**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JORDAN RAESHAUN CAMBRIDGE, ) <br> ) <br> Defendant. ) | 2:17-cr-00227-KJD-NJK-1 <br><br><br><br><br><br> **ORDER** |

On March 14, 2018, this Court granted counsel's Emergency Motion to Withdraw as Counsel and Appoint Counsel (ECF No. 43), as stated on the record.

Accordingly, IT IS HEREBY ORDERED that **Michael Tanaka** is APPOINTED as counsel for JORDAN RAESHAUN CAMBRIDGE in place of Chris Rasmussen for all future proceedings on appeal.

Mr. Rasmussen's office shall forward the file to Mr. Tanaka forthwith.

DATED this  16th    day of March, 2018

_____
KENT J. DAWSON
SENIOR UNITED STATES DISTRICT JUDGE