MICHAEL TANAKA (CA Bar No. 85026)
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
(E Mail: michael@mtanakalaw.com)
Telephone: (323) 825-9746

*CJA Counsel for Jordan Cambridge*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00227-KJD-CWH |
| Plaintiff, | ORDER |
| v. | |
| JORDAN CAMBRIDGE, | |
| Defendant. | |

Good cause appearing, the time for filing the notice of appeal is extended 30 days to April 11, 2018. Accordingly, the previously-filed notice of appeal (Dkt. No. 46) filed on March 16, 2018 is deemed timely filed.

IT IS SO ORDERED:

Dated: this  1st  day of May 2018.

_____
KENT J. DAWSON
SENIOR UNITED STATES DISTRICT JUDGE