1 | MICHAEL TANAKA (CA Bar No. 85026)
12400 Wilshire Blvd., Suite 400
2 | Los Angeles, CA 90025
(E Mail:  michael@mtanakalaw.com)
3 | Telephone: (323) 825-9746

4 | *CJA Counsel for Jordan Cambridge*

5

6

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF NEVADA

9

10 | UNITED STATES OF AMERICA,                )     Case No. 2:17-cr-00227-KJD-CWH
                                              )
11 |         Plaintiff,                       )     ORDER
                                              )
12 |     v.                                   )
                                              )
13 | JORDAN CAMBRIDGE,                        )
                                              )
14 |         Defendant.                       )
                                              )
15 | _____        )

16

17 |     Good cause appearing, the United States Probation Office is ordered to prepare

18 | a revised presentence report to show that Jordan Cambridge is in Criminal History

19 | Category II.

20

21

22 | IT IS SO ORDERED:

23 | Dated: this 9th day of November 2020

24

25

26 | _____

27 | KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

28