MICHAEL TANAKA (CA Bar No. 85026)
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
(E Mail: michael@mtanakalaw.com)
Telephone: (323) 825-9746

*CJA Counsel for Jordan Cambridge*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00227-KJD-CWH |
| Plaintiff, | ORDER |
| v. | |
| JORDAN CAMBRIDGE, | |
| Defendant. | |

Good cause appearing, the United States Probation Office is ordered to prepare a revised presentence report to show that Jordan Cambridge is in Criminal History Category II.

IT IS SO ORDERED:

Dated: this 7th day of May, 2021

_____
KENT J. DAWSON
SENIOR UNITED STATES DISTRICT JUDGE